IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY LEE IRIVIN REID, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:13-cv-93-TMH |
| | ) [wo] |
| LEE COUNTY DETENTION CENTER, *et. al.,* | ) |
| Defendants. | ) |

**OPINION and ORDER**

On May 14, 2013, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.  (Doc. 6).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice.  A Judgment in favor of the Defendant shall be forthcoming.

Done this the 20th day of June, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE